IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :   BANKRUPTCY NO. 16-15953(SR) |
| DONNA ROBINSON | : |
|  | : |
| Debtor | :   CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL
NOTICES AND PLEADINGS ON BEHALF OF ALLY FINANCIAL INC.**

  PLEASE TAKE NOTICE that Ally Financial Inc. appears herein by and through its counsel, LAVIN, O'NEIL, CEDRONE & DiSIPIO, and enters its appearance and requests that all notices given or required to be given in this case, whether pursuant to Bankruptcy Rule 2002, 9007, 9010 or Bankruptcy Code Sections 102(1), 342 and 1109(b) or any other provisions of the Bankruptcy Code or Bankruptcy Rules, and all pleadings served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

  Regina Cohen, Esquire
  LAVIN, O'NEIL, CEDRONE & DiSIPIO
  190 North Independence Mall West, Suite 500
  6th and Race Streets
  Philadelphia, PA 19106
  (215) 627-0303

  PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and pleadings referred to in the Rules specified above, but also includes without limitation, Orders and Notices of any application, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way any rights or interest of Ally Financial Inc. with respect to (a) debtor, (b) property or proceedings thereof in which debtor may claim an interest or (c) property or proceeds thereof in the possession, custody or control of Ally Financial Inc. which debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Ally Financial Inc.

              LAVIN, O'NEIL, CEDRONE & DiSIPIO

DATED:  January 25, 2017    By:  /s/ Regina Cohen
               Regina Cohen, Esquire
               Attorneys for Ally Financial Inc.

1902559v1