**WWR# 21281801**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Donna Robinson<br>　　　　　　Debtor<br><br>LSF9 Master Participation Trust<br>　　　　　　Movant | Case No. 16-15953-sr<br>Chapter 13<br><br>**Hearing Date:** 03/08/2017<br>**Hearing Time:** 10:00 am |

### REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, Donna Robinson, has failed to make the post-petition payments that were due to Movant on the date listed below and in the amounts listed below:

   (a)  One (1) monthly post-petition payment of $595.62, due for 11/29/2016.

   (b)  One (1) monthly post-petition payment of $595.62, due for 12/29/2016.

Respectfully Submitted

WELTMAN, WEINBERG & REIS CO., L.P.A.

BY: /s/ Keri P. Ebeck
　　KERI P. EBECK, ESQUIRE
　　436 7th Avenue
　　Suite 2500
　　Pittsburgh, PA 15219
　　(412) 434-7955  /  (412) 434-7959
　　Attorney for Movant