WWR# 21281801

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Donna Robinson<br>                       Debtor<br><br>LSF9 Master Participation Trust<br>                       Movant | Case No. 16-15953-sr<br>Chapter 13<br><br>**Hearing Date:** 03/08/2017<br>**Hearing Time:** 10:00 am |

## **ORDER**

      AND NOW, this ___ day of _____, 2017, upon certification of no response by counsel of Movant, LSF9 Master Participation Trust, it is ORDERED and DECREED that Movant is granted Relief from the Automatic Stay regarding the following premises: 715 South 57th Street, Philadelphia, PA 19143

**Dated: March 31, 2017**

                                                         */s/ Stephen Raslavich*
                                                         HON. Stephen Raslavich
                                                         UNITED STATES BANKRUPTCY JUDGE

CC:
Movant's Counsel
Keri P. Ebeck, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219

Debtor:
Donna Robinson, 715 South 57th Street, Philadelphia, PA 19143

Debtor's Counsel:
Michael P. Gigliotti

Trustee:
Frederick L. Reigle, 2901 St. Lawrence Avenue, P.O. Box 4010, Reading, PA 19606

United States Trustee:
Office of the U.S. Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107