United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15953-sr
Donna Robinson                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP           Page 1 of 1           Date Rcvd: Apr 03, 2017
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.
db             +Donna Robinson,    715 South 57th Street,    Philadelphia, PA 19143-2801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Harley-Davidson Credit Corp
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KERI P EBECK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,
               jbluemle@weltman.com
              MICHAEL P. GIGLIOTTI    on behalf of Debtor Donna  Robinson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7

WWR# 21281801

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Donna Robinson<br>              Debtor<br><br>LSF9 Master Participation Trust<br>              Movant | Case No. 16-15953-sr<br>Chapter 13<br><br>**Hearing Date:** 03/08/2017<br>**Hearing Time:** 10:00 am |

**ORDER**

AND NOW, this ___ day of _____, 2017, upon certification of no response by counsel of Movant, LSF9 Master Participation Trust, it is ORDERED and DECREED that Movant is granted Relief from the Automatic Stay regarding the following premises: 715 South 57th Street, Philadelphia, PA 19143

**Dated: March 31, 2017**

_____
HON. Stephen Raslavich
UNITED STATES BANKRUPTCY JUDGE

CC:
Movant's Counsel
Keri P. Ebeck, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219

Debtor:
Donna Robinson, 715 South 57th Street, Philadelphia, PA 19143

Debtor's Counsel:
Michael P. Gigliotti

Trustee:
Frederick L. Reigle, 2901 St. Lawrence Avenue, P.O. Box 4010, Reading, PA 19606

United States Trustee:
Office of the U.S. Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107