United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15953-sr
Donna Robinson                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Apr 07, 2017
                              Form ID: pdf900           Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
db             +Donna Robinson,    715 South 57th Street,    Philadelphia, PA 19143-2801
13780592       +BBY/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13780594       +CB/LNBRYNT,    Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
13780595       +CB/NY&Co,    Comenity Bank/NWYRK & Co,    PO Box 182789,    Columbus, OH 43218-2789
13780593       +Caliber Home Loans,    715 S Metropolitan Avenue,    Oklahoma City, OK 73108-2088
13829731       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
13834803       +Harley-Davidson Credit Corp.,    c/o Denise Carlon, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13840284       +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    PO Box 24330,
                 Oklahoma City, OK 73124-0330
13780597       +PGW EMP FCU,    7921 Bustleton Avenue,    Philadelphia, PA 19152-3302
13834286        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
13780598       +US Dept of Education/GL,    2401 International Lane POB 7859,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 08 2017 01:44:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 08 2017 01:43:29     Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 08 2017 01:44:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13791355        E-mail/Text: ally@ebn.phinsolutions.com Apr 08 2017 01:43:07     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13780591       +E-mail/Text: ally@ebn.phinsolutions.com Apr 08 2017 01:43:07     Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
13866869        E-mail/Text: ebn@squaretwofinancial.com Apr 08 2017 01:44:10     CACH, LLC,    PO Box 5980,
                 Denver, CO 80217-5980
13862492       +E-mail/Text: bankruptcy@phila.gov Apr 08 2017 01:44:20
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13780596       +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 08 2017 01:44:44     Harley Davidson Credit,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Harley-Davidson Credit Corp
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KERI P EBECK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,
               jbluemle@weltman.com
              MICHAEL P. GIGLIOTTI    on behalf of Debtor Donna  Robinson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-2           User: Stacey              Page 2 of 2              Date Rcvd: Apr 07, 2017
                               Form ID: pdf900           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         REGINA    COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                 TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

DONNA ROBINSON
                                                  : Bankruptcy No. 16-15953SR
         Debtor(s)                                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Stephen Raslavich, B. J.

Dated: April 6, 2017

Interested parties:

Polly A. Landgon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL GIGLIOTTI ESQUIRE
CAPPIO & GIGLIOTTI LLP
2000 SPRING GARDEN ST   SUITE 1F
PHILADELPHIA PA 19130-

DONNA ROBINSON
715 SOUTH 57TH STREET
PHILADELPHIA,PA.19143